IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITITGATION, _____/ *This document relates to:* Betty Claunch, 05-5416 CRB _____/ | No. MDL 05-01699 CRB **ORDER TO SHOW CAUSE** |

Now pending for decision before the Court is the motion of the law firm of Robinson, Calcagnie & Robinson ("Robinson") to withdraw as counsel for plaintiff Betty Claunch in the above action.

After carefully considering the affidavit, the Court ORDERS PLAINTIFF TO SHOW CAUSE as to why (1) Robinson's motion to withdraw as counsel should not be granted; and (2) plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. If a plaintiff wishes to contest the withdrawal of counsel Robinson and/or dismissal of the plaintiff's lawsuit for failure to prosecute, the plaintiff shall advise the Court in writing, on or before **June 22, 2007,** as to the reasons her counsel should not be permitted to withdraw or her case dismissed and shall advise the Court of her current contact information. Plaintiff shall also advise the Court as to whether she has complied with production of the

plaintiff fact sheets as required by Pretrial Order No. 6.

Counsel for plaintiff is directed to immediately serve this Order on plaintiff at her last known address.

**IT IS SO ORDERED.**

Dated: May 31, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\robinsonwithdraw3.wpd