IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

*This document relates to:*

Betty Claunch, 05-5416 CRB
_____/

   Now pending for decision before the Court is the motion of the law firm of Robinson, Calcagnie & Robinson ("Robinson") to withdraw as counsel for plaintiff Betty Claunch in the above action and the Court's order to show cause why the action should not be dismissed for want of prosecution.

   Plaintiff has responded to the Court's Order to Show Cause. She does not oppose the withdrawal of her counsel; however, she wishes to proceed with her action. Accordingly, the motion to withdraw is GRANTED. As plaintiff has complied with all of her discovery obligations to date, the Order to Show Cause as to dismissal is vacated. Plaintiff shall represent herself in this matter unless and until new counsel makes an appearance.

   **IT IS SO ORDERED.**

Dated: June 11, 2007

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\orderwithdrawClaunch.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2005\1699\showcauseorders\orderwithdrawClaunch.wpd

2